```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL CRUZ-OCHOA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MANUEL CRUZ-OCHOA,<br><br>        Defendant. | NO. CR-S-09-00190-WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: June 8, 2009<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of June 8, 2009 be vacated, and the matter be set for status conference on July 13, 2009 at 8:30 a.m.

The tentative plea offer and the pre-plea report have been received and translated for Mr. Cruz-Ochoa.  However, additional time is needed for defense counsel to order and obtain records pertaining to Mr. Cruz-Ochoa's prior history before resolution can be reached.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including July 13, 2009 pursuant to 18 U.S.C. §3161(h)(8)B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  June 4, 2009

                    Respectfully submitted,

                    DANIEL J. BRODERICK
                    Federal Public Defender

                    /s/ Linda C. Harter
                    LINDA C. HARTER
                    Chief Assistant Federal Defender
                    Attorney for Defendant
                    MANUEL CRUZ-OCHOA

Dated:  June 4, 2009          LARRY BROWN
                    Acting United States Attorney

                    /s/ Linda C. Harter for
                    MICHAEL ANDERSON
                    Assistant U.S. Attorney
                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including July 13, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  June 8, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE