UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

               v.

MANUEL CRUZ-OCHOA,

        Defendant.
_____/

NO. CR. S-09-190 WBS

ORDER OF RECUSAL

----oo0oo----

        The undersigned judge hereby recuses himself from this case.  IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of criminal cases to compensate for such reassignment.

DATED:  July 27, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1