LAWRENCE G. BROWN
Acting United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>MANUEL CRUZ-OCHOA,<br><br>       Defendant. | No. 2:09-cr-00190<br><br>JOINT REQUEST FOR STATUS CONFERENCE AND ORDER FOR STATUS CONFERENCE AND EXCLUSION OF TIME<br><br>Time: 9:00 am<br>Date: Thurs., August 6, 2009<br>Court: Hon. Morrison C. England |

    The parties request that a status conference be set in this matter for Thursday, August 6, 2009, at 9:00 a.m., and stipulate that the time beginning Wednesday, July 29, 2009, and extending through Thursday, August 6, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.  I have spoken with defense counsel, Linda Harter, and she joins in this request, subject to the court's approval, for status conference and exclusion of time under the Speedy Trial Act.

    The parties are currently involved in pre-trial

1

negotiations. Based upon concerns raised by the defendant at his last court appearance regarding the nature of his alleged prior deportation or removal, each side needs additional time for further investigation and preparation.

Accordingly, the parties believe that the time until August 6, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

                                                Respectfully Submitted,

                                                LAWRENCE G. BROWN
                                                Acting United States Attorney

DATED: July 29, 2009        By:  */s/ Michael D. Anderson*
                                                    MICHAEL D. ANDERSON
                                                    Assistant U.S. Attorney

DATED: July 29, 2009        By:  */s/ Michael D. Anderson* for
                                                    LINDA HARTER
                                                    Attorney for the Defendant

///
///
///
///

**ORDER**

That a status conference in case number S-09-190 WBS is scheduled for August 6, 2009, at 9:00 a.m., and the time beginning July 29, 2009, and extending through August 6, 2009, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

Dated: July 30, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE